**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT
SEP 14 2026 2:57 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**Travis Golden,**

**Plaintiff,**

**v.**

**Correctional Officer Hubner, *et al.*,**

**Defendants.**

**Case No. 2:23-cv-637**

**Judge Michael H. Watson**

**Magistrate Judge Gentry**

## ORDER

Travis Golden ("Plaintiff") proceeds *pro se* in this prisoner civil rights suit. The Magistrate Judge has issued a Report and Recommendation ("R&R"), which recommends that the Court grant Correctional Officer Allen Hubner's ("Hubner") pending motion for summary judgment and dismiss the remaining John Doe defendants for failure to serve. R&R, ECF No. 48.

The R&R notified Plaintiff of his right to object to those recommendations and of the consequences of failing to do so. *Id.* at 28–29. Plaintiff failed to object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review. The Court therefore **GRANTS** Hubner's motion for summary judgment and **DISMISSES WITH PREJUDICE** Plaintiff's Eighth Amendment claim against Hubner. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims

against the remaining John Doe defendants for failure to serve. The Clerk **SHALL** enter judgment and terminate this case.

The Court further **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**